**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Fabio PINEDA, a.k.a. Fabio**
**Pineda, a.k.a. Don Fabio,**
**Defendant–Appellant.**

**No. 09–16427**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 28, 2010.

Kathleen M. Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Ayana N. Harris, Federal Public Defender, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Ayana N. Harris, appointed counsel for Jose Fabio Pineda in his appeal from the district court's denial of his motion to reduce sentence, pursuant to 18 U.S.C. § 3582(c)(2), has filed a motion to withdraw from further representation of the appellant, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire rec-

ord reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Pineda's § 3582(c)(2) motion is **AFFIRMED.**